**JS-6**

| | |
|---|---|
| Vincent Galvin (SBN# 104448) | Edward B. Kasselman |
| Vincent.Galvin@bowmanandbrooke.com | ekasselman@bathweg.com |
| BOWMAN AND BROOKE LLP | Bathgate Wegener and Wolf PC |
| 1741 Technology Drive, Suite 200 | One Airport Road |
| San Jose, CA  95110 | PO Box 2043 |
| Telephone No.:  (408) 279-5393 | Lakewood, NJ 08701 |
| Fax No.:  (408) 279-5845 | Telephone No. (201) 363-0666 |
| | |
| Dennis P Ziemba | Brian William McAlindin |
| dziemba@eckertseamans.com | bmcalindin@bathweg.com |
| Eckert Seamans Cherin and Mellott LLC | Bathgate Wegener and Wolf PC |
| Two Liberty Place | One Airport Road |
| 50 South 16th Street 2nd Floor | PO Box 2043 |
| Philadelphia, PA 19102 | Lakewood, NJ 08701 |
| Telephone No. (215) 851-8400 | Telephone No. (732) 363-0666 |
| Fax No.: (215) 851-8383 | |
| | Attorney for Plaintiff |
| Attorneys for Defendant | Baila Segal |
| Toyota Motor Sales U.S.A., Inc. | |

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 8:10ML02151 JVS (FMOx) 2:20CV01350JVS(Ex) |
| | ORDER ON STIPULATION OF DISMISSAL |
| This document relates to: Baila Segal v. Toyota Motor Sales, U.S.A., Inc., et al.; Case No.: 2:20-cv-01350 | (FRCP Rule 41(a)(1)(A)(ii)) |

The Court, having read the Stipulation of Dismissal filed by all parties to have appeared in this action, and finding good cause,

IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice as to all plaintiff's claims, actions and causes of action asserted against

defendants.  Each party is to bear its own costs and fees, including, but not limited to, attorney's fees and expert fees.  The Court shall retain jurisdiction over the action for 90 days following the entry of this Order (unless extended) for the purposes of enforcing the terms of the parties' settlement agreement.

IT IS SO ORDERED.

DATED: 4/14/22

_____
Honorable James V. Selna